# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

JOEL ROSS SEMPIER,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:18-cv-00465-RCJ-WGC

ORDER

Good cause appearing, petitioner's motion for enlargement of time (ECF No. 4) is GRANTED. Petitioner will have until January 5, 2019, to pay the filing fee as directed by the Court's order of November 6, 2018.

IT IS SO ORDERED.

DATED THIS 26th day of November, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE