UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL ROSS SEMPIER,<br><br>                          Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br>                          Respondents. | Case No. 3:18-cv-00465-RCJ-WGC<br><br>ORDER |

Petitioner's second motion for enlargement of time (ECF No. 6) is GRANTED IN PART. Petitioner will have until February 5, 2019, to pay the filing fee as directed by the Court's order of November 6, 2018.

Other than his own allegations, petitioner has not provided any evidence showing that the fault for the lack of payment lies with the Nevada Department of Corrections. Such evidence could include copies of his requests for payment or of official responses to his grievances. It is unlikely that any further requests for extension of time will be granted unless such evidence is provided. Accordingly, absent either payment of the filing fee by February 5, 2019, or a motion for extension of time supported by evidence showing that NDOC has failed to remit payment despite petitioner's diligent efforts, this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated this 24th day of January, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1