UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL ROSS SEMPIER,<br><br>                      Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                      Respondents. | Case No. 3:18-cv-00465-RCJ-WGC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 14) is GRANTED. Respondents will have until June 26, 2019, to answer or otherwise respond to the petition in this case.

IT IS SO ORDERED.

DATED THIS 29th day of April, 2019.

                                                  ROBERT C. JONES
                                                  UNITED STATES DISTRICT JUDGE