UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOEL ROSS SEMPIER,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00465-RCJ-WGC

ORDER

Respondents' second motion for enlargement of time (ECF No. 16) is GRANTED. Respondents will have until August 10, 2019, to answer or otherwise respond to the petition in this case.

IT IS SO ORDERED.

DATED THIS 1st day of July, 2019.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1