# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL ROSS SEMPIER,<br><br>Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00465-RCJ-WGC<br><br>**ORDER** |

Good cause appearing, Respondents' third Motion for Enlargement of Time (ECF No. 18) is GRANTED. Respondents will have until September 9, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: this 9th day of August, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1