UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL ROSS SEMPIER, | Case No. 3:18-cv-00465-RCJ-WGC |
| Petitioner, | |
| v. | **ORDER** |
| RENEE BAKER, *et al*., | |
| Respondents. | |

Good cause appearing, Respondents' fourth Motion for Enlargement of Time (ECF No. 22) is GRANTED. Respondents will have until September 12, 2019, to file their exhibits and corresponding index of exhibits in support of their answer to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 12th day of September, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1